IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**APRIL SESSIONS,**

    **Plaintiff**

v.                                                      **CASE No. 1:20-CV-00606 MV-KRS**

**STATE OF NEW MEXICO;**
**STATE OF NEW MEXICO ADMINISTRATIVE**
**OFFICE OF THE COURTS ("NMAOC");**
**ARTHUR PEPIN, individually and as Director of**
**NMAOC; and YET-TO-BE-IDENTIFIED**
**CO-CONSPIRATORS,**

    **Defendants.**

### AGREED ORDER GRANTING STIPULATED MOTION
### TO EXTEND CASE MANAGEMENT DEADLINES IN SCHEDULING ORDER

THIS MATTER came before the Court following a review of the Parties' Stipulated Motion to Extend Case Management Deadlines in Scheduling Order, (Doc. 29). The Court finds the motion to be well taken and should be granted.

IT IS THEREFORE ORDERED THAT the following deadlines in the scheduling order hereby are extended as follows:

- Plaintiff's expert-disclosure deadline: **August 1, 2023**

- Defendants' expert-disclosure deadline: **September 15, 2023**

- Termination of discovery: **October 15, 2023**;

- Motions relating to discovery (including, but not limited to motions to compel and motions for protective order): **October 25, 2023**;

- All other Motions: **November 10, 2023**

                                                        UNITED STATES MAGISTRATE JUDGE

Submitted and Approved

**HINKLE SHANOR LLP**

*/s/ Stephen Shanor*
Stephen S. Shanor
Chelsea R. Green
PO Box 10
Roswell, NM 88202-0010
575-622-6510 / 575-623-9332 Fax
ssshanor@hinklelawfirm.com
cgreen@hinklelawfirm.com
***Attorneys for Defendants***


**THE BENNETT LAW GROUP, LLC**

*Electronically Approved 05/24/23*
Merit Bennett, Esq.
400 St. Michael's Dr, Suite 7030
Santa Fe, NM  87905
505-983-9834/505-983-9836 fax
mb@thebennettlawgroup.com
***Attorneys for Plaintiff***