IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

APRIL SESSIONS,

    Plaintiff

v.                                      CASE No. 1:20-CV-00606 MV-KRS

STATE OF NEW MEXICO;
STATE OF NEW MEXICO ADMINISTRATIVE
OFFICE OF THE COURTS ("NMAOC");
ARTHUR PEPIN, individually and as Director of
NMAOC; and YET-TO-BE-IDENTIFIED
CO-CONSPIRATORS,

    Defendants.

## AGREED ORDER GRANTING UNOPPOSED MOTION TO VACATE AND RESET SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon Defendants' Unopposed Motion to Vacate and Reset Settlement Conference. (Doc. 38). The Court, having considered the Motion and noting that it is unopposed by the Plaintiff, finds the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Defendants' Unopposed Motion to Vacate and Reset Settlement Conference, (Doc. 38), is granted and the Settlement Conference scheduled for August 16, 2023 is hereby VACATED. The Court will set a status conference to reset the settlement conference.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:

**HINKLE SHANOR LLP**

*s/ Stephen S. Shanor*
Stephen S. Shanor
Chelsea R. Green
Ann Cox Tripp
Jeremy D. Angenend
P.O. Box 10
Roswell, NM  88202-0010
575-622-6510 / 575-623-9332 Fax
ssshanor@hinklelawfirm.com
cgreen@hinklelawfirm.com
atripp@hinklelawfirm.com
jangenend@hinklelawfirm.com


Approved as to form:

**THE BENNETT LAW GROUP LLC**

*Electronically Approved  08/02/23*
Merit Bennett, Esq.
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone: (505) 983-9834
Fax: (505) 983-9836
Email: mb@thebennettlawgroup.com
*Attorney for Plaintiff*