IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**APRIL SESSIONS,**

    **Plaintiff**

v.                        CASE No. 1:20-CV-00606 MV-KRS

**STATE OF NEW MEXICO;**
**STATE OF NEW MEXICO ADMINISTRATIVE**
**OFFICE OF THE COURTS ("NMAOC");**
**ARTHUR PEPIN, individually and as Director of**
**NMAOC; and YET-TO-BE-IDENTIFIED**
**CO-CONSPIRATORS,**

    **Defendants.**

### SECOND AGREED ORDER GRANTING STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES IN SCHEDULING ORDER

**THIS MATTER** having come before the Court upon the Parties' Second Stipulated Motion to Extend Case Management Deadlines in Scheduling Order [Doc. 45]. The Court finds the motion to be well taken and should be granted.

IT IS THEREFORE ORDERED that the following deadlines in the scheduling order are extended as follows:

- Plaintiff's expert-disclosure deadline:     **November 1, 2023**

- Defendants' expert-disclosure deadline:     **December 15, 2023**

- Termination of discovery:     **January 30, 2024**;

- Motions relating to discovery (including, but not limited to motions to compel and motions for protective order) shall be filed with the Court by **February 10, 2024**;

- All other Motions:     **March 1, 2024**

*[signature]*<br>UNITED STATES MAGISTRATE JUDGE

Submitted and Approved

**HINKLE SHANOR LLP**

<u>/s/ Stephen Shanor</u>
Stephen S. Shanor
Chelsea R. Green
PO Box 10
Roswell, NM 88202-0010
575-622-6510 / 575-623-9332 Fax
ssshanor@hinklelawfirm.com
cgreen@hinklelawfirm.com
*Attorneys for Defendants*


**THE BENNETT LAW GROUP, LLC**


Merit Bennett, Esq.
400 St. Michael's Dr, Suite 7030
Santa Fe, NM  87905
505-983-9834/505-983-9836 fax
mb@thebennettlawgroup.com
*Attorneys for Plaintiff*