IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**APRIL SESSIONS,**

    Plaintiff

v.                                      **CASE No. 1:20-CV-00606 MV-KRS**

**STATE OF NEW MEXICO; STATE OF NEW MEXICO ADMINISTRATIVE OFFICE OF THE COURTS ("NMAOC"); ARTHUR PEPIN, individually and as Director of NMAOC; and YET-TO-BE -IDENTIFIED CO-CONSPIRATORS,**

    Defendants.

## ORDER DISMISSING DEFENDANT ARTHUR PEPIN

**THIS MATTER** comes before the Court on the Stipulated Dismissal of Defendant Arthur Pepin, individually and as Executive Director of the Administrative Office of the Court [Doc. 49]. The Court, construing the Stipulation as a joint motion for an order of dismissal, finds that the request therein is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Arthur Pepin, Individually, and as Executive Director of the New Mexico Administrative Office of the Courts, be and hereby is dismissed from this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear their own costs and attorney fees.

                                              _____
                                              MARTHA VÁZQUEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE