IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**APRIL SESSIONS,**

    Plaintiff

v.                                                   **CASE No. 1:20-CV-00606 MV-KRS**

**STATE OF NEW MEXICO; STATE OF NEW
MEXICO ADMINISTRATIVE OFFICE OF THE
COURTS ("NMAOC"); ARTHUR PEPIN, individually
and as Director of NMAOC; and YET-TO-BE
-IDENTIFIED CO-CONSPIRATORS,**

    Defendants.

## ORDER GRANTING STIPULATED DISMISSAL OF REMAINING DEFENDANTS

    **THIS MATTER** comes before the Court on the Stipulated Dismissal of Remaining Defendants [Doc. 50]. The Court, construing the Stipulation as a joint motion for dismissal, finds that the request therein is well-taken and should be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims against State of New Mexico and State of New Mexico Administrative Office of the Courts be and hereby are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED.**

                                                              _____
                                                              MARTHA VAZQUEZ
                                                              SENIOR UNITED STATES DISTRICT JUDGE